JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Andrew Zacharious Akulaw

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:24-CR-00049-SLG-MMS |
| vs. ) | |
| ) | **MOTION FOR EXPEDITED** |
| ANDREW ZACHARIOUS AKULAW, ) | **CONSIDERATION OF MOTION** |
| ) | **TO APPROVE DEFENDANT'S** |
| Defendant. ) | **TELEPHONIC APPEARANCE** |
| _____) | |

COMES NOW Defendant, Andre Zacharious Akulaw, by and through CJA counsel, James Wendt moves this court for expedited consideration of Defendant's Motion to Approve Defendant's Telephonic Appearance at the July 11 Discovery Conference at docket 85.

Expedited Consideration is necessary because is in two days. AUSA Tripak does not oppose this request.

DATED at Anchorage, Alaska this 9 day of July, 2024.

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____

I hereby certify that on July 9, 2024 a copy of foregoing Motion for Expedited Consideration was served electronically on:

All counsel of record

LAW OFFICES OF JAMES ALAN WENDT


__/s/ James Wendt_____

U.S. v. Andrew Akulaw
3:24-cr-00049-SLG-MMS
Motion for Expedited Consideration
p. 2 of 2